1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   Magistrate Case No.  08MJ8023
                                  )
12           Plaintiff,            )
                                  )   STIPULATION OF FACT AND JOINT
13      v.                         )   MOTION FOR RELEASE OF MATERIAL
                                  )   WITNESS(ES) AND ORDER THEREON
14 NIDIA RODRIGUEZ-FREGOSO,       )
                                  )
15           Defendant.            )   (Pre-Indictment
                                  )   Fast-Track Program)
16 ─────────────────────────────

17     **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff,
18 UNITED STATES OF AMERICA, by and through its counsel, Karen P.
19 Hewitt, United States Attorney, and Carla J. Bressler, Assistant
20 United States Attorney, and defendant NIDIA RODRIGUEZ-FREGOSO, by
21 and through and with the advice and consent of defense counsel,
22 Richard Boesen, Esq., that:
23     1.   Defendant agrees to execute this stipulation on or before
24 the first preliminary hearing date and to participate in a full and
25 complete inquiry by the Court into whether defendant knowingly,
26 intelligently and voluntarily entered into it.  Defendant agrees
27 further to waive indictment and plead guilty to the pre-indictment
28 information charging defendant with a non-mandatory minimum count

CJB:kmm:1/17/08

1 | of Bringing in Aliens Without Presentation and Aiding and Abetting,
2 | in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.
3 |     2. Defendant acknowledges receipt of a plea agreement in
4 | this case and agrees to provide the signed, original plea agreement
5 | to the Government not later than five business days before the
6 | disposition date set by the Court.
7 |     3. Defendant agrees to plead guilty to the charge pursuant
8 | to the plea agreement on or before **February 15, 2008**.
9 |     4. The material witness Jessica Esteves-Jacobo, in this
10 | case:
11 |     a. Is an alien with no lawful right to enter or remain
12 | in the United States;
13 |     b. Entered or attempted to enter the United States
14 | illegally on or about January 15, 2008;
15 |     c. Was found in a vehicle driven by defendant at the
16 | Calexico, West, California Port of Entry (POE) and that defendant
17 | knew or acted in reckless disregard of the fact that she was an
18 | alien with no lawful right to enter or remain in the United States;
19 |     d. Was paying/having others pay on her behalf $3,000 to
20 | others to be brought into the United States illegally and/or
21 | transported illegally to her destination therein; and,
22 |     e. May be released and remanded immediately to the
23 | Department of Homeland Security for return to her country of
24 | origin.

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso    2    08MJ8023

5. After the material witness(es) are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso     3     08MJ8023

1  Based on the foregoing, the parties jointly move the
2  stipulation into evidence and for the immediate release and remand
3  of the above-named material witness(es) to the Department of
4  Homeland Security for return to their country of origin.
5  It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 1/31/08

CARLA J. BRESSLER
Assistant United States Attorney

Dated: 1-30-08

RICHARD BOESEN
Defense Counsel for
NIDIA RODRIGUEZ-FREGOSO

Dated: 1-30-08

NIDIA RODRIGUEZ-FREGOSO
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso    4    08MJ8023

O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 1-31-08

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso        5        08MJ8023